**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  26–02507–eg                                Chapter:  7

**In re:**

 Kulnatee Lutz

| **Entered By The Court**<br>**6/5/26** | **ORDER ON DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7**<br>**FILING FEE WAIVED** | **Filed By The Court**<br>**6/5/26**<br>**Lauren T Maxwell**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
| --- | --- | --- |

Upon consideration of the debtor's "Application to Have the Chapter 7 Filing Fee Waived" the court orders that the application be **GRANTED** with respect to the filing fee and amended schedules that add creditors.

If the above captioned case is later deemed an asset case, the Chapter 7 filing fee is to be paid by the Chapter 7 trustee from the assets collected.

The Court may, sua sponte or on motion of a party in interest, vacate or revoke this order if developments in the case or the administration of the estate demonstrate that the waiver was not warranted.

**AND IT IS SO ORDERED.**

Elisabetta G.M. Gasparini
United States Bankruptcy Judge

United States Bankruptcy Court

District of South Carolina

In re:                                                                                    Case No. 26-02507-eg

Kulnatee Lutz                                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0420-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: 901BNC | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

**Recip ID          Recipient Name and Address**
db          + Kulnatee Lutz, 5216 Avon Ct, Fort Mill, SC 29707-5820

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

**Name          Email Address**

Janet B. Haigler

     jhaigler@haiglerlawfirm.com  jhaigler@ecf.axosfs.com

US Trustee's Office

     USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 2