**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  26–02507–eg                                          Chapter:  7

**In re:**

 Kulnatee Lutz

| | Filed By The Court |
|---|---|
| **MEETING OF CREDITORS CONTINUED** | **07/06/26**<br>**Lauren T Maxwell**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

Please take notice that your meeting of creditors has been continued to:

Date:  July 17, 2026
Time:  01:30 PM
Location:  Meeting ID: 514 987 6824, Passcode: 6278176026, Telephone: 1–803–853–1824

If Meeting ID and Passcode are provided, the Meeting of Creditors will be by **Zoom Video**. Go to Zoom.us/join, enter Meeting ID
and Passcode or call telephone number listed above.

Failure of the debtor(s) to appear at this Meeting of Creditors may result in dismissal of the case.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 26-02507-eg |
| Kulnatee Lutz | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 06, 2026 | Form ID: 920BNC | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kulnatee Lutz, 5216 Avon Ct, Fort Mill, SC 29707-5820 |
| 544731304 | | PORTFOLIO RC, RIVERSIDE COMMERCE CENTER, NORFOLK, VA 23502 |
| 544731305 | | PORTFOLIO RECOVERY A, RIVERSIDE COMMERCE CENTER, NORFOLK, VA 23502 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 544731277 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 06 2026 23:37:59 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 544731278 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 06 2026 23:28:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 544731279 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 06 2026 23:28:00 | ALLY FINCL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 544731280 | ^ | MEBN | Jul 06 2026 23:27:43 | ATLAS, 300 COVENTRY RD, BERKELEY, CA 94707-1214 |
| 544731281 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 06 2026 23:28:00 | BARCLAYS BANK DELAWA, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 544731282 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 06 2026 23:28:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 544731283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 00:00:06 | BEST BUY CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 544731284 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 06 2026 23:28:00 | BRIDGECREST, 7300 E HAMPTON AVE, MESA, AZ 85209-3324 |
| 544731286 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2026 23:37:59 | CAP1 WMT, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 544731287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2026 23:38:02 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 544731288 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 06 2026 23:28:00 | CARMAX AUTO FINANCE, PO BOX 440609, KENNESAW, GA 30160 |
| 544731289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2026 23:38:03 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 544731290 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2026 23:28:00 | COMENITY BANK LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 544731291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2026 23:28:00 | COMENITYBANK VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 544731292 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | Jul 06 2026 23:28:00 | COMENITYCB MYPLACERWDS, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 544731294 | + | Email/Text: mrdiscen@discover.com | Jul 06 2026 23:28:00 | DISCOVERC, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 544731296 | + | Email/Text: EBN@edfinancial.com | Jul 06 2026 23:28:00 | ED FINANCIAL, PO BOX 30159, KNOXVILLE, TN 37930-0159 |
| 544731295 | + | Email/Text: EBN@edfinancial.com | Jul 06 2026 23:28:00 | ED FINANCIAL ESA, PO BOX 30159, KNOXVILLE, TN 37930-0159 |
| 544731297 | + | Email/Text: EBN@edfinancial.com | Jul 06 2026 23:28:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DR, KNOXVILLE, TN 37922-2359 |
| 544731298 | + | Email/Text: wendy.floyd@foundersfcu.com | Jul 06 2026 23:28:00 | FOUNDERS FCU, 737 PLANTATION RD, LANCASTER, SC 29720-5808 |
| 544731299 | + | Email/Text: wendy.floyd@foundersfcu.com | Jul 06 2026 23:28:00 | FOUNDERS FEDERAL CREDI, 737 PLANTATION RD, LANCASTER, SC 29720-5808 |
| 544731301 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2026 23:38:05 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 544731302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2026 23:49:44 | MACYS CBNA, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 544731306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2026 23:38:02 | SYNCB AMAZON, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 544731307 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2026 23:37:59 | SYNCB BELK, PO BOX 71750, PHILADELPHIA, PA 19176-1750 |
| 544731308 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2026 23:37:59 | SYNCB CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 544731309 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2026 23:38:00 | SYNCB SMRTCN, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 544731310 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2026 23:38:05 | SYNCB TOYSRUS, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 544731311 | + | Email/Text: bncmail@w-legal.com | Jul 06 2026 23:28:00 | TD BANK USA TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 544731312 | ^ | MEBN | Jul 06 2026 23:27:41 | TELECOM SELFREPORTED, PO BOX4500, ALLEN, TX 75013-1311 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 544731285 | | Butler Attorney |
| 544731293 | | Cooper Attorney |
| 544731317 | | Dr. Danzo - Evaulator |
| 544731300 | | Jane Randall (Attorney) |
| 544731315 | | Phil Baity |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0420-3                          User: admin                                    Page 3 of 3

Date Rcvd: Jul 06, 2026                       Form ID: 920BNC                                 Total Noticed: 33

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Janet B. Haigler | jhaigler@haiglerlawfirm.com  jhaigler@ecf.axosfs.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 2